No. 270. LANA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Frances Kahn* for petitioner. *Edward S. Silver* for respondent.

No. 104. ABDUL *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied, the Court having duly noted the Solicitor General's concession that the sentence under Count VII of the indictment cannot stand and his undertaking that the Government will duly present to the District Court, under Rule 35 of the Federal Rules of Criminal Procedure, a motion for correction of the sentence. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would not only correct the sentence under Count VII; they would also grant the writ to review the correctness, under *Spies* v. *United States,* 317 U. S. 492, of the District Court's charge to the jury regarding the requirement of willfulness in the commission of the statutory violations of which the petitioner stands convicted. *Howard K. Hoddick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Lawrence K. Bailey* for the United States.

No. 110. WALKER ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Arthur J. Goldberg, David E. Feller, William M. Nicholson, John Bolt Culbertson* and *Hugo L. Black, Jr.* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody* and *Harry W. McGalliard,* Assistant Attorneys General, for respondent.